# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D21-1259

———————————————————

PAUL BRANCH,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

September 15, 2021

PER CURIAM.

    AFFIRMED.

RAY, JAY, and TANENBAUM, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Paul Branch, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.